UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARCELO

       Plaintiff(s),

v.

PERFUMANIA, INC. ET AL

       Defendant(s).

No. 10-04740 (EDL)

ATTENDANCE OF SETTLEMENT CONFERENCE BY TELEPHONE

    Pursuant to the request of counsel for Defendants, and good cause having been shown, a representative for Defendants' insurer, Beazley, may attend the settlement conference on July 29, 2011 by telephone. The representative for Beazley must be available for the duration of the conference.

    If the court concludes that the absence of Beazley's representative is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party and any insurance representatives.

Dated: July 25, 2011

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

Settle.Tel