United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELO, | No. C-10-04740 SBA (DMR) |
| Plaintiff, | **NOTICE AND ORDER SETTING PHONE CONFERENCE RE JOINT DISCOVERY LETTER** |
| v. | |
| PERFUMANIA, INC. ET AL, | |
| Defendants. _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court is in receipt of the parties' joint letter regarding their discovery dispute. [Docket No. 39.] IT IS HEREBY ORDERED that lead counsel for both parties shall participate in a telephonic conference with the undersigned on **September 28, 2011 at 11:00 a.m.** Counsel for **Plaintiff** shall initiate the three-way conference call to the Court as follows: (1) by first calling counsel for **Defendants**; and then (2) with all counsel on the line, calling the Court's call-in number, five minutes prior to the scheduled start time.

**One week prior to the scheduled telephonic conference, counsel for Plaintiff shall contact Judge Ryu's Courtroom Deputy, Ivy Garcia, at (510) 637-3639, to obtain the Court's call-in number for the telephonic conference.**

IT IS SO ORDERED.

Dated: September 13, 2011

_____
DONNA M. RYU
United States Magistrate Judge