1
2                          UNITED STATES DISTRICT COURT
3                       FOR THE NORTHERN DISTRICT OF CALIFORNIA
4                                   OAKLAND DIVISION
5
6  ERLINDA MARCELO,                          Case No: C 10-4740 SBA

7         Plaintiff,                         **ORDER GRANTING
                                             DEFENDANTS' UNOPPOSED EX
8    vs.                                     PARTE APPLICATION**

9  PERFUMANIA, INC.; MAGNIFIQUE
   PARFUMES AND COSMETICS, INC.; and
10 DOES 1 through 10,

11        Defendants.

12

13        Defendants have filed an ex parte application to extend the law and motion cut-off of

14 December 13, 2011. Specifically, Defendants indicate that they intend to file a dispositive

15 motion, but that the Court's law and motion is full on that date. In addition, Defendants

16 state that their proposed extension will facilitate the parties' settlement discussions.

17 Plaintiff does not oppose Defendants' request. Good cause appearing,

18        IT IS HEREBY ORDERED THAT:

19        1.      Defendants' ex parte application to extend the law and motion cut off is

20 GRANTED.

21        2.      Defendants shall file their motion for summary judgment[1] by January 3,

22 2012. Plaintiff's opposition shall be filed by no later than January 17, 2012, and

23 Defendants' reply shall be filed by no later than January 24, 2012. The motion hearing will

24 take place on February 7, 2012 at 1:00 p.m. The Court, in its discretion, may resolve the

---

[1] Defendants' ex parte application makes reference to "motion<u>s</u> for summary judgment and/or partial summary judgment and a motion to exclude expert witnesses. The Court's Standing Orders permit only <u>one</u> summary judgment motion per side. To the extent that Defendants intend to raise the issue of Plaintiff's experts at this juncture, they shall do so in the same brief as their motion for summary judgment.

motion without oral argument.  Fed. R. Civ. P. 78(b); Civ. L.R. 7-1(b).  The parties are advised to check the Court's website to determine whether a court appearance is required.

3. The Order for Pretrial Preparation, filed April 15, 2011, (Dkt. 26) is MODIFIED as follows:

| | | |
|---|---|---|
| a. | Pretrial preparation due: | 3/13/12 |
| b. | Motions in limine/objections to evidence[2]: | 3/20/12 |
| c | Responses to motions in limine/ objections to evidence: | 3/27/12 |
| d. | Replies in support of motions in limine/ objections to evidence: | 4/3/12 |
| e. | Pretrial conference: | 4/17/12 at 1:00 p.m. |
| f. | Trial date (5-6 day jury trial): | 4/30/12 at 8:30 a.m. |
| g. | Mandatory settlement conference: | 2/13/12-3/9/12 |

4. No further requests to continue the trial date or any other scheduled dates or deadlines will be considered absent exigent and unforeseen circumstances.

5. This Order terminates Docket 44.

IT IS SO ORDERED.

Dated:  October 28, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

---

[2] All motions in limine submitted by each party shall be set forth in a single memorandum, not to exceed ten (10) pages in length.  Responses to the motions in limine shall be set forth in a single memorandum, not to exceed ten (10) pages in length. Reply briefs shall not exceed six (6) pages. No motions in limine will be considered unless the parties certify that they met and conferred prior to the filing of such motion.  Any request to exceed the page limit must be submitted prior to the deadline for these briefs and must be supported by a showing of good cause, along with a certification that the applicant has met and conferred with the opposing party.