UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ERLINDA MARCELO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PERFUMANIA, INC.; MAGNIFIQUE PARFUMES AND COSMETICS, INC.; and DOES 1 through 10,<br><br>　　　　Defendants. | Case No:  C 10-4740 SBA<br><br>**ORDER GRANTING STIPULATED REQUEST FOR STAY**<br><br>Dkt. 46 |

　　Having read and considered the parties' stipulation to stay the action, and good cause appearing,

　　IT IS HEREBY ORDERED THAT the instant action is STAYED until March 7, 2012 and all previously scheduled dates and deadlines are VACATED.  The parties shall appear for a telephonic Case Management Conference on **March 21, 2012 at 3:30 p.m.** Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement which complies with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court. In the joint statement, the parties shall submit a new, proposed pretrial schedule and trial date (with said trial date to occur prior to the close of 2012).  Plaintiff shall assume responsibility for filing the joint statement no less than seven (7) days prior to the conference date.  Plaintiff's counsel is to set up the conference call with all the parties on the line and call chambers at (510) 637-3559.  NO PARTY SHALL CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.

　　IT IS SO ORDERED.

Dated:  December 14, 2011

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　United States District Judge