UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ERLINDA MARCELO,<br><br>   Plaintiff,<br><br>   vs.<br><br>PERFUMANIA, INC.; MAGNIFIQUE PARFUMES AND COSMETICS, INC.; and DOES 1 through 10,<br><br>   Defendants. | Case No: C 10-4740 SBA<br><br>**ORDER GRANTING THIRD STIPULATED REQUEST TO STAY ACTION AND CONTINUING CASE MANAGEMENT CONFERENCE** |

   Good cause appearing, the parties' third stipulated request to stay the action is GRANTED. The action is stayed pending further order of the Court. In view of the temporary stay,

   IT IS HEREBY ORDERED THAT the Case Management Conference previously scheduled for July 11, 2012 is CONTINUED to **September 12, 2012 at 3:15 p.m.** Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement which complies with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court. Plaintiff shall assume responsibility for filing the joint statement no less than seven (7) days prior to the conference date. Plaintiff's counsel is to set up the conference call with all the parties on the line and call chambers at (510) 637-3559. NO PARTY SHALL CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT. This Order terminates Docket 51.

   IT IS SO ORDERED.

Dated: July 6, 2012

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge